

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00142-CV

| | | |
|---|---|---|
| Denar Restaurants, LLC | § | From the 48th District Court |
| | § | of Tarrant County (048-250461-11) |
| v. | | |
| | § | May 30, 2014 |
| Carole King | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Denar Restaurants, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Anne Gardner

By _____
Justice Anne Gardner